# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

U.S.A. vs. HENTSCHEL, Cara					Docket No.: 1:21CR00667-001

The Court may enter a minute order for any of the following options:

Warrant Requests Only - To help ensure the safety of law enforcement officers while a warrant is active, we ask that you not enter a minute order. Rather, please print and sign this document and, if you concur with the request for a warrant, provide all pages to your Court Room Deputy Clerk who will enter a sealed minute order and process the warrant for service without alerting the public or the offender. After the warrant is executed, the Deputy Clerk will unseal the warrant unless otherwise directed by the Court.

THE COURT ORDERS:

1. ☒ Concurs with the recommendation of the Probation Office to *"modify the special conditions of probation to include:*

*<u>Location Monitoring</u> - You will be monitored by the form of location monitoring technology indicated herein for a period of 60 days, and you must follow the rules and regulations of the location monitoring program. The cost of the program is waived. Location monitoring technology at the discretion of the probation officer, including: Radio Frequency (RF) Monitoring; GPS Monitoring (including hybrid GPS); SmartLINK; or Voice Recognition This form of location monitoring technology will be used to monitor the following restriction on your movement in the community: You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the officer (Home Detention). "*

2. ☐ No action

3. ☐ Issuance of a warrant and enter into NCIC and schedule a hearing upon execution

4. ☐ Issuance of a summons and schedule a hearing

5. ☐ Hearing to modify, revoke, or terminate supervised release shall be held before a magistrate judge for the preparation of a report and recommendation to the district judge. This designation will remain for the duration of the case, and the designated magistrate judge will respond to all subsequent requests from the probation office unless otherwise ordered by the district judge.

6. ☐ Other   (with attached waiver of hearing)

*[Signed] Royce Lamberth*
*U.S. District Judge*
*August 21, 2023*

United States District Court
District Of Columbia

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall be monitored by the form of location monitoring indicated below for a period of __60__ days and shall abide by all technology requirements:**

**Location Monitoring Technology at the Discretion of the Officer**

**This form of location monitoring technology shall be utilized to monitor the following restriction on the defendant's movement in the community as well as other court-imposed conditions of release:**

**You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as preapproved by the officer (Home Detention).**

**The participant shall pay all or part of the costs of participation in the location monitoring program as directed by the court and/or the probation officer.**

Witness: _[signature]_          Signed: _[signature]_

**U.S. Probation Officer**                **Probationer or Supervised Releasee**

06/15/2023
Date